M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2017 MAR 28  A 10: 59

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Chambers County Courts ~~[scribbled out]~~

_____
Full name and prison name of
Plaintiff(s)

v.

James M. Holladay Jr.
_____
_____
_____
_____
Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 3:17-cv-180-MHT
(To be supplied by Clerk of U.S. District
Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☑

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐  NO ☑

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiff (s) _____

      _____

      Defendant(s) _____

      _____

   2. Court (if federal court, name the district; if state court, name the county)

      _____

      _____

3. Docket number _____
4. Name of judge to whom case was assigned Judge Perryman
5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) My Case Dismissed And Still pending
6. Approximate date of filing lawsuit _____
7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Chambers County Detention Facility

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS
1. Chambers County Courts
2.
3.
4.
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: This Case got Dismissed. And The victim is Lying on me. I got Almost 20 months Built up. And I Don't Know when I'm going 2 Court.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I wasn't involved in this case The people at this Jail, and I got 2 C.o=police Guards Heard the victim say I wasn't there.

GROUND TWO: My Case got Dismissed

SUPPORTING FACTS:

GROUND THREE:

SUPPORTING FACTS:

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want the Court to Dismissed my Case And Let me go Free, I got Almost 20 months built up.

James M. Holloway Jr.
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3-17-17
          (Date)

James M. Holloway Jr.
Signature of plaintiff(s)

James M. Holloway Jr.
Chambers County Detention Facility
105 Ave. West
Lafayette, AL 36862

MONTGOMERY
AL 360
27 MAR '17
PM 2 L

US POSTAGE
$00.67⁰
First-Class
Mailed From 36862
03/27/2017
032A 0061832532



RECEIVED
2017 MAR 28  A 10:59
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Office of the Clerk
United States District Court
ONE CHURCH Street suite B-110
Montgomery, AL 36104-4018

36104$4018 C033