IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| JAMES M. HOLLOWAY, JR., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 3:17cv180-MHT (WO) |
| CHAMBERS COUNTY COURTS, | ) ) | |
| Defendant. | ) | |

**OPINION**

Plaintiff, James M. Holloway, Jr., an inmate in a county jail, filed this lawsuit alleging that the criminal case pending against him in state court should be dismissed and that he should be released from jail. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 29th day of June, 2017.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**