IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
JAMES M. HOLLOWAY, JR.,      )
                             )
     Plaintiff,              )
                             )     CIVIL ACTION NO.
     v.                      )       3:17cv180-MHT
                             )            (WO)
CHAMBERS COUNTY COURTS,      )
                             )
     Defendant.              )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 4) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 3) is adopted.

(3) Plaintiff's claims against defendant Chambers County Courts are dismissed with prejudice as the court is not a proper defendant under 41 U.S.C. § 1983.

(4) Plaintiff's challenge to the validity of his current confinement and plaintiff's request for

declaratory and/or injunctive relief regarding pending state criminal proceedings are dismissed without prejudice.

It is further ordered that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 29th day of June, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**